FORM L147 Order Reopening Case  (v.3.16)      10–53158 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER REOPENING CASE

**Case Number:**    10–53158 – A – 7

**Debtor Name(s) and Address(es):**

John Glen Mehl
3104 Crest Haven Dr
Sacramento, CA 95821

Catherine Cahill Mehl
3104 Crest Haven Dr
Sacramento, CA 95821

**IT IS ORDERED** that the above–entitled case is hereby reopened. No further action has been taken by the Court other than to reopen the case, unless you have received and have satisfied all issues highlighted in a *Notice of Case Closed Without Discharge*.

Any request for additional relief must be made by a separate motion.

No trustee will be appointed in this case unless a party to the case files a request for the appointment of a trustee.

The case will be closed without further notice if the debtor/party does not also file the motion, complaint, or statement on which the reopening is based within 30 days.

Dated:   4/9/18

ORDERED PURSUANT TO GENERAL ORDER 16–04
WAYNE BLACKWELDER, CLERK


By: __jdas_____
                 Deputy Clerk